UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY H. EWING,

      Plaintiff,

CASE NO. 1:10-CV-17

v.

HON. ROBERT J. JONKER

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation (docket # 21), filed November 29, 2010. Plaintiff did not object to the Recommendation that Plaintiff be denied relief on her claim. Under the Federal Rules of Civil Procedure, where, as here, a party has not objected to a Report and Recommendation, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Advisory Note, 1983 Addition, Fed. R. Civ. P. 72(b). "The statute [28 U.S.C. § 636(b)(1)(C)] does not on its face require any review at all, by either the district court or the court of appeals, of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). The Court has reviewed the Report and Recommendation and is satisfied that it properly disposes of the case.

**IT THEREFORE IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 29, 2010, is approved and adopted as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Commissioner's decision is **AFFIRMED**.


Dated:   March 15, 2011        /s/ Robert J. Jonker
                                        ROBERT J. JONKER
                                        UNITED STATES DISTRICT JUDGE